IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASMIN MADDOX, | ) | CASE NO.: 1:21-cv-2017 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| ALEXANDER MANN SOLUTIONS CORP., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Civil Rule 41(1)(A), the parties hereby stipulate that the Complaint and all claims asserted in this action are dismissed with prejudice. Each party is responsible for his/its own attorney fees. Should there be any additional court costs, the parties agree that those court costs only shall be assessed to the Defendant.

*s/ Fred M. Bean (per consent)*
Fred M. Bean (0086756)
Taurean Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: Fred.Bean@SpitzLawFirm.com
Taurean.Shattuck@SpitzLawFirm.com

*Attorneys for Plaintiff*

*/s/ Johanna Fabrizio Parker*
Johanna Fabrizio Parker (0071236)
**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:   216.363.4588
Email: jparker@beneschlaw.com

*Attorneys for Defendant Alexander Mann Solutions Corporation*

IT IS SO ORDERED.

_____
Judge James S. Gwin

____1/21/2022_____
Date